B5 (Official Form 5) (12/07)     FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Southern District of Georgia | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**DICON TECHNOLOGIES, LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN<br>(If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**100 DICON DRIVE**<br>**Black Creek, GA 31308** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Bryan** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>**Black Creek, Bryan County, GA** | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7     ☒ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☒ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>**Limited Liability Company** | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

**ALLEGATIONS**
(Check applicable boxes)                                           COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
         or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor **DICON TECHNOLOGIES, LLC**

B5 (Official Form 5) (12/07) - Page 2                     Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X /s/ F.J. Fenn, Executive Director | X /s/ Frank J. Perch, III        June 18, 2010 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |

| **Development Authority of Bryan County**   June 18, 2010 | **Frank J. Perch, III** |
|---|---|
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) **Hunter, Maclean, Exley & Dunn, P.C.** **200 East St. Julian Street** **P.O. Box 9848** **Savannah, GA 31412-0048** |
| Name & Mailing Address of Individual Signing in Representative Capacity: **F.J. Fenn, Executive Director** **P.O. Box 267** **Pembroke, GA 31321-0267** | Address Telephone No. **(912) 236-0261** |

| X /s/ Richard Kohler | X /s/ Frank J. Perch, III        June 18, 2010 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |

| **Interfoam, Inc.**                         June 18, 2010 | **Frank J. Perch, III** |
|---|---|
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) **Hunter, Maclean, Exley & Dunn, P.C.** **200 East St. Julian Street** **P.O. Box 9848** **Savannah, GA 31412-0048** |
| Name & Mailing Address of Individual Signing in Representative Capacity: **Richard Kohler** **255 East 17th St.** **Paterson, NJ 07533** | Address Telephone No. **(912) 236-0261** |

| X /s/ Richard Noble | X /s/ Frank J. Perch, III        June 18, 2010 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |

| **Precision Custom Coatings, LLC**          June 18, 2010 | **Frank J. Perch, III** |
|---|---|
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) **Hunter, Maclean, Exley & Dunn, P.C.** **200 East St. Julian Street** **P.O. Box 9848** **Savannah, GA 31412-0048** |
| Name & Mailing Address of Individual Signing in Representative Capacity: **Richard Noble** **200 Maltese Drive** **Totowa, NJ 07512** | Address Telephone No. **(912) 236-0261** |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Development Authority of Bryan County** **P.O. BOX 267** **Pembroke, GA 31321-0267** | Lease payments | 48,086.66 |
| **Interfoam, Inc.** **255 East 17th St.** **Paterson, NJ 07533** | Services | 31,822.11 |
| **Precision Custom Coatings, LLC** **200 Maltese Drive** **Totowa, NJ 07512** | Goods sold and delivered | 38,629.10 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims 118,537.87 |

0  continuation sheets attached

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/_ _____
Signature of Petitioner or Representative (State title)

**Development Authority of Bryan County**
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
F.J. Fenn, Executive Director
P.O. Box 267
Pembroke, GA 31321-0267

X _____
Signature of Attorney          Date

**Frank J. Perch, III**
Name of Attorney Firm (If any)
Hunter, Maclean, Exley & Dunn, P.C.
200 East St. Julian Street
P.O. Box 9848
Savannah, GA 31412-0048
Address
Telephone No.    (912) 236-0261

X _____
Signature of Petitioner or Representative (State title)

**Interfoam, Inc.**
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard Kohler
255 East 17th St.
Paterson, NJ 07533

X _____
Signature of Attorney          Date

**Frank J. Perch, III**
Name of Attorney Firm (If any)
Hunter, Maclean, Exley & Dunn, P.C.
200 East St. Julian Street
P.O. Box 9848
Savannah, GA 31412-0048
Address
Telephone No.    (912) 236-0261

X _____
Signature of Petitioner or Representative (State title)

**Precision Custom Coatings, LLC**
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard Noble
200 Maltese Drive
Totowa, NJ 07512

X _____
Signature of Attorney          Date

**Frank J. Perch, III**
Name of Attorney Firm (If any)
Hunter, Maclean, Exley & Dunn, P.C.
200 East St. Julian Street
P.O. Box 9848
Savannah, GA 31412-0048
Address
Telephone No.    (912) 236-0261

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Development Authority of Bryan County<br>P.O. BOX 267<br>Pembroke, GA 31321-0267 | Lease payments | 48,086.66 |
| Interfoam, Inc.<br>255 East 17th St.<br>Paterson, NJ 07533 | Services | 31,822.11 |
| Precision Custom Coatings, LLC<br>200 Maltese Drive<br>Totowa, NJ 07512 | Goods sold and delivered | 38,629.10 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>118,537.87 |

__0__ continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor **DICON TECHNOLOGIES, LLC**
Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

**Development Authority of Bryan County**
Name of Petitioner                                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**F.J. Fenn, Executive Director**
**P.O. Box 267**
**Pembroke, GA 31321-0267**

X_____
Signature of Attorney                                  Date

**Frank J. Perch, III**
Name of Attorney Firm (If any)
**Hunter, Maclean, Exley & Dunn, P.C.**
**200 East St. Julian Street**
**P.O. Box 9848**
**Savannah, GA 31412-0048**
Address
Telephone No. **(912) 236-0261**

X_/s/ R.J.B.Kohler_____
Signature of Petitioner or Representative (State title)

**Interfoam, Inc.**
Name of Petitioner                                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Richard Kohler**
**255 East 17th St.**
**Paterson, NJ 07533**

X_____
Signature of Attorney                                  Date

**Frank J. Perch, III**
Name of Attorney Firm (If any)
**Hunter, Maclean, Exley & Dunn, P.C.**
**200 East St. Julian Street**
**P.O. Box 9848**
**Savannah, GA 31412-0048**
Address
Telephone No. **(912) 236-0261**

X_____
Signature of Petitioner or Representative (State title)

**Precision Custom Coatings, LLC**
Name of Petitioner                                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Richard Noble**
**200 Maltese Drive**
**Totowa, NJ 07512**

X_____
Signature of Attorney                                  Date

**Frank J. Perch, III**
Name of Attorney Firm (If any)
**Hunter, Maclean, Exley & Dunn, P.C.**
**200 East St. Julian Street**
**P.O. Box 9848**
**Savannah, GA 31412-0048**
Address
Telephone No. **(912) 236-0261**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Development Authority of Bryan County**<br>P.O. BOX 267<br>Pembroke, GA 31321-0267 | Lease payments | 48,086.66 |
| **Interfoam, Inc.**<br>255 East 17th St.<br>Paterson, NJ 07533 | Services | 31,822.11 |
| **Precision Custom Coatings, LLC**<br>200 Maltese Drive<br>Totowa, NJ 07512 | Goods sold and delivered | 38,629.10 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 118,537.87 |

0    continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor: **DICON TECHNOLOGIES, LLC**
Case No.

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

**Development Authority of Bryan County**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
F.J. Fenn, Executive Director
P.O. Box 267
Pembroke, GA 31321-0267

X _____
Signature of Attorney                 Date

**Frank J. Perch, III**
Name of Attorney Firm (If any)
Hunter, Maclean, Exley & Dunn, P.C.
200 East St. Julian Street
P.O. Box 9848
Savannah, GA 31412-0048
Address
Telephone No. **(912) 236-0261**

X _____
Signature of Petitioner or Representative (State title)

**Interfoam, Inc.**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard Kohler
255 East 17th St.
Paterson, NJ 07533

X _____
Signature of Attorney                 Date

**Frank J. Perch, III**
Name of Attorney Firm (If any)
Hunter, Maclean, Exley & Dunn, P.C.
200 East St. Julian Street
P.O. Box 9848
Savannah, GA 31412-0048
Address
Telephone No. **(912) 236-0261**

X /s/ Richard W. Noble, CFO
Signature of Petitioner or Representative (State title)

**Precision Custom Coatings, LLC**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard Noble
200 Maltese Drive
Totowa, NJ 07512

X _____
Signature of Attorney                 Date

**Frank J. Perch, III**
Name of Attorney Firm (If any)
Hunter, Maclean, Exley & Dunn, P.C.
200 East St. Julian Street
P.O. Box 9848
Savannah, GA 31412-0048
Address
Telephone No. **(912) 236-0261**

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Development Authority of Bryan County<br>P.O. BOX 267<br>Pembroke, GA 31321-0267 | Lease payments | 48,086.66 |
| Interfoam, Inc.<br>255 East 17th St.<br>Paterson, NJ 07533 | Services | 31,822.11 |
| Precision Custom Coatings, LLC<br>200 Maltese Drive<br>Totowa, NJ 07512 | Goods sold and delivered | 38,629.10 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>118,537.87 |

____0____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy