IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | ) | **Involuntary Petition** |
| | ) | **Under Chapter 11** |
| **DICON TECHNOLOGIES, LLC,** | ) | |
| | ) | **Case No. 10-41275 LWD** |
| **Alleged Debtor.** | ) | |
| | ) | |

## VERIFICATION AND REQUEST TO JOIN AS CREDITOR

Personally appeared before me the undersigned officer authorized to administer oaths DAN BEYER, who after first being duly sworn, deposes and states as follows:

1.    My name is Daniel Beyer.  I am over the age of 21, and I am authorized and competent to make this verification. The statements contained herein are done on personal knowledge of all the facts pertaining thereto.

2.    I am the chief financial officer of Beyer Graphics Inc., a corporation having its principal offices at 30 Austin Blvd., Commack, NY 11725 (hereinafter "Beyer").   I am authorized to make this request on behalf of Beyer to join as a petitioning creditor.

3.    Beyer is the holder of an unsecured, non-contingent claim against the Debtor in the amount of $37,065.53 for goods sold and delivered, together with $18,400.73 invoiced and owed for goods which will not ship until the invoice is paid, for a total of $55,466.26, as set forth on the attached statement of account, and there exists no bona fide dispute concerning that claim.

4.    The allegations made in the involuntary petition filed before this honorable bankruptcy court on June 18, 2010, as amended on June 21, 2010, are true and correct as stated therein.  Beyer desires to join in the involuntary bankruptcy petition filed in this matter, and

861805-01

requests that it be made a petitioner therein and thereto. Beyer therefore reiterates all allegations

made in such involuntary petition as its own.

Beyer Graphics, Inc.

By: Daniel Beyer
Its: CEO

Sworn to and subscribed
before me this 25th day
of June, 2010

Notary Public
State of New York
My Comm. Exp. 5/31/2012

HARRIETT JEAN DEC____
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01DE4715507, SUFFOLK COUNTY
MY COMMISSION EXPIRES 5/31/2012

861805-01

**Beyer Graphics**
**Open Invoices**
As of April 29, 2010

06/21/10

| Type | Date | Num | P. O. # | FOB | Aging | Open Balance |
|------|------|-----|---------|-----|-------|--------------|
| **Dicon Technologies** | | | | | | |
| Invoice | 1/25/2010 | 13432 | PO-12351 | 21746 | 94 | 22,369.25 |
| Invoice | 2/11/2010 | 13667 | PO-12353 | 22267 | 77 | 14,696.28 |
| Invoice | 4/23/2010 | 14908 | PO-12579 | 24824 | 6 | 18,400.73 |
| Total Dicon Technologies | | | | | | 55,466.26 |
| **Spongetech Delivery Systems, Inc.** | | | | | | |
| Invoice | 11/4/2009 | 12095 | ST101273 | 20473 | 176 | 4,599.40 |
| Invoice | 11/18/2009 | 12314 | ST101268 | 20290 | 162 | 39,866.60 |
| Invoice | 12/22/2009 | 12891 | ST101280 | 21381 | 128 | 7,278.09 |
| Invoice | 12/22/2009 | 12892 | ST101275 | 21391 | 128 | 10,023.30 |
| Total Spongetech Delivery Systems, Inc. | | | | | | 61,767.39 |
| **TOTAL** | | | | | | 117,233.65 |

Jennifer Peel

| | |
|---|---|
| From: | Frank Perch |
| Sent: | Monday, June 28, 2010 11:52 AM |
| To: | Jennifer Peel |
| Subject: | Document to File in Dicon |

Attachments: beyerjoin.pdf

Another creditor is joining. See attached.

I went back to the Oretech docket and the petitioners' lawyer in that case was filing these as "Declaration" and then putting the full title in the free field. Mark it as related to the petition and amended petition.

Also, we need to do a COS showing that this was served by mail on the US Trustee, Maggie Puccini of Oglesby Falligant, and:

Edward E. Neiger, Esq.

NEIGER LLP

111 John Street, Suite 800

New York, NY  10038

Thanks!

**FRANK J. PERCH, III**
Hunter Maclean Exley & Dunn, P.C.
200 East St. Julian Street
P.O. Box 9848
Savannah, GA  31412

912-239-1983 direct line
912-236-4936 fax
912-247-2656 mobile
fperch@huntermaclean.com

(Admitted to Practice in Georgia, New Jersey and Pennsylvania)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Involuntary Petition** |
| | ) | **Under Chapter 11** |
| **DICON TECHNOLOGIES, LLC,** | ) | |
| | ) | **Case No. 10-41275 LWD** |
| **Alleged Debtor.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned counsel for the Petitioning Creditors, the Development Authority of Bryan County (the "Authority"), Precision Custom Coatings, LLC ("Precision"), Interfoam, Inc. ("Interfoam") and Beyer Graphics, Inc. ("Beyer") hereby certifies that he has served the **Verification and Request to Join As Creditor** on the following parties by first class mail, proper postage paid on June 28, 2010:

Dicon Technologies, LLC
Attn:  Rosalind S. Nathaniel, Registered Agent
100 Dicon Drive
Black Creek, GA  31308

Spongetech Delivery Systems, Inc.
c/o Jesse Z. Weiss, Esq.
Greenberg Traurig, LLP
300 W. Sixth St., Suite 2050
Austin, TX  78701

Matthew E. Mills, Esq.
Office of the United States Trustee
222 West Oglethorpe Avenue
Savannah, GA  31401

Ms. Margaret S. Puccini
INGLESBY, FALLIGANT, HORNE,
COURINGTON & CHISHOLM, P.C.
Post Office Box 1368
Savannah, Georgia 31412-1368

Edward E. Neiger, Esq.
Neiger, LLP
111 John Street, Suite 800
New York, NY  10038

/s/ Frank J. Perch, III
Frank J. Perch, III
Counsel for Petitioning Creditors
Georgia  Bar No. 142225
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
P.O. Box 9848
Savannah, GA  31412
Telephone: 912-236-0261
Fax: 912-236-4936