IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Savannah, Georgia
By lbarnard at 4:31 pm, Jul 09, 2010

In re:                                )
                                      )   Chapter 11
DICON TECHNOLOGIES, LLC,              )
                                      )   Case No. 10-41275 LWD
        Debtor.                       )
                                      )
_____)

### ORDER VACATING ORDER
### STAYING ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE

WHEREAS, on June 24, 2010, this Court entered an order directing the United States Trustee to appoint a Chapter 11 Trustee in the above-referenced case ("Trustee Appointment Order"); on June 29, 2010, this Court entered an order staying the Trustee Appointment Order until further order of Court; on July 7, 2010, the United States Trustee filed an Emergency Motion to Release Stay of Order Directing United States Trustee to Appoint Chapter 11 Trustee ("Emergency Motion"); on July 9, 2010, the Court held a hearing at which all interested parties agreed to the relief sought in the Emergency Motion; and further appearances being unnecessary,

IT IS HEREBY ORDERED that the Order Staying Order Appointing Chapter 11 Trustee is vacated. The Trustee Appointment Order shall be in full effect henceforth.

Dated: 7/9/10

_____
LAMAR W. DAVIS, JR.
UNITED STATES BANKRUPTCY JUDGE
SOUTHERN DISTRICT OF GEORGIA

Prepared by:
Matthew E. Mills
Assistant U.S. Trustee
Office of the U.S. Trustee
222 West Oglethorpe Ave., Suite 302
Savannah, GA 31401
912/652-4112