# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **DICON TECHNOLOGIES, LLC,** ) | |
| ) | **Case No. 10-41275 LWD** |
| Debtor. ) | |
| ) | |

## APPOINTMENT OF CHAPTER 11 TRUSTEE AND SETTING OF BOND

Pursuant to this Court's order directing the appointment of a chapter 11 trustee in the above-referenced case, the United States Trustee hereby appoints the following person as Trustee:

> Lloyd T. Whitaker
> Newleaf Corporation
> 2810 Spring Road - Suite 106
> Atlanta, Georgia 30339

The bond of the Trustee is hereby fixed in the amount of $150,000.00. The bond may be adjusted to the extent needed, after consultation with a representative of the United States Trustee, to reflect the Trustee's possession of any liquid assets of the estate.

This appointment is hereby made this 9TH day of July, 2010.

> DONALD F. WALTON,
> UNITED STATES TRUSTEE - REGION 21
>
> */s/ Matthew E. Mills*
> by:   Matthew E. Mills
>         Assistant U.S. Trustee
>         Office of the United States Trustee
>         222 West Oglethorpe Avenue, Suite 302
>         Savannah, GA 31401
>         912/652-4112

I, the undersigned, do hereby accept my appointment as the Chapter 11 Trustee in the above-captioned case.

Dated: July 9, 2010            */s/ Lloyd T. Whitaker*
                                            LLOYD T. WHITAKER