# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Dicon Technologies, LLC**
    Debtor

Case No.:  10–41275–LWD

Judge:  Lamar W. Davis Jr.

Chapter:  11

### ORDER REQUIRING FILING OF SCHEDULES

An Order for relief having been entered on June 29, 2010 , in the above–named ***involuntary case***,

    IT IS HEREBY ORDERED that debtor, Dicon Technologies, LLC shall file with the Clerk of this Court on or before July 13, 2010 a schedule of assets and liabilities and a statement of Debtor's financial affairs.



Lamar W. Davis Jr.
United States Bankruptcy Judge
PO Box 8347
Savannah, GA 31412

Dated **July 8, 2010**

*B–09 [Rev. 07/05]* **LKG**

# CERTIFICATE OF NOTICE

```
District/off: 113J-4          User: lgordon              Page 1 of 1              Date Rcvd: Jul 08, 2010
Case: 10-41275               Form ID: GASB09            Total Noticed: 1

The following entities were noticed by first class mail on Jul 10, 2010.
adb          +Dicon Technologies, LLC,   Attn:  Rosalind Nathaniel, Registered Ag,   100 Dicon Drive,
              Black Creek, GA 31308-5730
The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2010**                    Signature:    _Joseph Speetjens_