# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Dicon Technologies, LLC**
    Debtor

Case No.:   10–41275–LWD

Judge:   Lamar W. Davis Jr.

Chapter:   11

## NOTICE OF HEARING

Notice is given that a Hearing will be held on:

*July 9, 2010 , at 11:00 AM*
*U. S. Courthouse, 52 N. Main St., Statesboro, GA*

to consider and act upon the following:

Emergency Motion of the United States Trustee to Release Stay of Order Directing the Appointment of a Chapter 11 Trustee and Request for Expedited Hearing.

*Samuel L. Kay, CLERK*
United States Bankruptcy Court
PO Box 8347
Savannah, GA 31412

Dated **July 7, 2010**

*B−33 [Rev. 08/05]* **LB**

# CERTIFICATE OF NOTICE

```
District/off: 113J-4            User: lbarnard              Page 1 of 1              Date Rcvd: Jul 08, 2010
Case: 10-41275                  Form ID: GASB33             Total Noticed: 1

The following entities were noticed by first class mail on Jul 10, 2010.
adb          +Dicon Technologies, LLC,   Attn:  Rosalind Nathaniel, Registered Ag,   100 Dicon Drive,
               Black Creek, GA 31308-5730
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2010**          Signature:    _Joseph Speetjens_