IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
Samuel L. Kay, Clerk
United States Bankruptcy Court
Savannah, Georgia
By lbarnard at 4:53 pm, Sep 21, 2010

In re:                              )
                                    )       Chapter 11
DICON TECHNOLOGIES, LLC,            )
                                    )       Case No. 10-41275 LWD
        Debtor.                     )
                                    )

### ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

WHEREAS, Pursuant to this Court's Order dated June 24, 2010, the United States Trustee has, after consultation with parties in interest, appointed Lloyd T. Whitaker as the Chapter 11 Trustee in this case,

IT IS HEREBY ORDERED, that the United States Trustee's appointment of Lloyd T. Whitaker as the Chapter 11 Trustee in this case is approved in accordance with 11 U.S.C. § 1104.

IT IS FURTHER ORDERED, that said Chapter 11 Trustee shall have all powers enumerated in 11 U.S.C. § 1106(a).

Dated: 9/21/10

_____
LAMAR W. DAVIS, JR.
UNITED STATES BANKRUPTCY JUDGE
SOUTHERN DISTRICT OF GEORGIA

Prepared by:

Matthew E. Mills
Assistant U.S. Trustee
Office of the U.S. Trustee
222 West Oglethorpe Ave., Suite 302
Savannah, GA 31401
912/652-4112