IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
Savannah

IN RE:                                             )          Chapter 11
    Dicon Technologies, LLC          )          Number 10-41275 (LWD)
            Debtor(s)                             )

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:** Dicon Technologies, LLC
                     Last                 First          MI

**Joint Debtor Name:** N/A
                      Last                 First          MI

**Previous Address:** 100 Dicon Drive

Black Creek      Georgia      31308
City      State      Zip Code

**New Address:** Attn: Lloyd T. Whitaker, Chapter 11 Trustee of Dicon Technologies, LLC
2810 Spring Road, Suite 106

Atlanta      Georgia      30339
City      State      Zip Code

This 28 day of September, 20 10.

By: _____
Mark Bulovic
Name     Title

1020 Bryan Woods Loop, Suite 5
Address

Savannah      GA      31410
City      State      Zip Code

912-898-5661      094525
Telephone      Bar ID